**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

No. 98-30519

_____

In the Matter of: JOE CONTE TOYOTA, INC.,

Debtor.

ELIZABETH W. MAGNER and EVAN PARK HOWELL, III,

Appellees,

VERSUS

JOSEPH P. CONTE, JR.,

Appellant.

JOE CONTE TOYOTA, INC., and JOSEPH P. CONTE, JR.,

Appellants,

VERSUS

UNIDENTIFIED PARTIES; EVAN PARK HOWELL, III,
and
ELIZABETH W. MAGNER,

Appellees.

_____

Appeals from the United States District Court
for the Eastern District of Louisiana
(97-CV-2905-J)
_____

August 10, 1999

Before JOLLY and SMITH, Circuit Judges, and VANCE,[*] District Judge.

PER CURIAM:[**]


We have reviewed the briefs and pertinent parts of the record and have heard the arguments of counsel. There is no reversible error. The summary judgment, accordingly, is AFFIRMED.

All outstanding motions are DENIED.

---

[*] District Judge of the Eastern District of Louisiana, sitting by designation.

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.